STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT LEE ROBINSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Bruce Goldstein* for
the petitioner.

*Mr. Joseph Tuso* and *Mr. Donald M. Kaplan* for the re-
spondent.

March 11, 1969. Denied.

DEBORAH BIASI, AN INFANT BY HER GUARDIAN, MARION
BIASI, PLAINTIFF-PETITIONER, v. ALLSTATE INSUR-
ANCE COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 104 *N. J. Super.* 155.

*Messrs. Querques, Isles & Weissbard* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H.
Curtis Meanor* for the respondents.

March 11, 1969. Denied.

IN RE: HUGO COLASANTI, PETITIONER-PETITIONER.

See same case below: 104 *N. J. Super.* 122.

*Messrs. Schapira, Steiner & Walder* and *Mr. Jeffrey
Barton Cahn* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the
respondent.

March 11, 1969. Denied.